**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Cristian GIRON–RAMIREZ,**
**Defendant–Appellant.**

**No. 14–40813**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defend-

---

er, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Cristian Giron–Ramirez, Adelanto, CA, pro se.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Cristian Giron–Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Giron–Ramirez has filed a motion for appointment of counsel on appeal but has not filed a response to the *Anders* motion. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Giron–Ramirez's motion. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Giron–Ramirez's motion for appointment of counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.